JS-6

1   HELENE WASSERMAN, SBN 130134
    hwasserman@littler.com
2   LITTLER MENDELSON, P.C.
    633 West 5th Street
3   63rd Floor
    Los Angeles, CA  90071
4   Telephone:  213.443.4300
    Fax No.:      213.443.4299
5
    BROOKE DEARDURFF, SBN 292433
6   bdeardurff@littler.com
    LITTLER MENDELSON, P.C.
7   2049 Century Park East
    Fifth Floor
8   Los Angeles, CA  90067
    Telephone:  310.553.0308
9   Fax No.:      310.553.5583

10  Attorneys for Defendant
    MERASTAR INSURANCE COMPANY
11

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  NELSON CASTRO, | Case No.  CV 16-5446-GW(PLAx) |
| 15              Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE GEORGE H. WU |
| 16       v. | |
| 17  KEMPER CORPORATION, a | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |
| 18  corporation, form unknown; KEMPER PROPERTY AND CASUALTY | |
| 19  INSURANCE COMPANY, a corporation, form unknown; | Trial Date:          None Set Complaint Filed:   June 15, 2016 |
| 20  MERASTAR INSURANCE COMPANY, a business entity, form | (originally filed in Los Angeles Superior Court) |
| 21  unknown; and DOES1 through 20, inclusive, | |
| 22              Defendants. | |

23

24

25

26

27

28

Firmwide:144219698.1 085006.1006

1

1         Good cause appearing therefore, the Joint Stipulation For Dismissal is
2    GRANTED and:
3        1. All claims in the above-entitled action are dismissed in their entirety with
4           prejudice, following resolution of the claims asserted therein.
5        2. Each party to bear its own fees and costs.
6
7    IT IS SO ORDERED.
8
9    Dated:   December 1, 2016
10                                    GEORGE H. WU, U.S. District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Firmwide:144219698.1 085006.1006

2